# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 27, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

140310(52)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

TORANTIE G. HANKINS,
      Defendant-Appellant.

SC: 140310
COA: 291461
Wayne CC: 04-006770

_____/

     On order of the Court, the motion for reconsideration of this Court's July 26, 2010 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 27, 2010

_____
Clerk

d0920